1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  CRAIG YATES, an individual;
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION, SERVICES:
   HELPING YOU HELP OTHERS,
7  a California public benefit corporation,

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MILTON LAWRENCE FORMAN and BILLIE JEAN FORMAN, as CO-TRUSTEES of the FORMAN FAMILY TRUST DATED NOVEMBER 3, 1990 a.k.a. THAI ISSAN<br>    Defendants. | CASE NO. CV-09-1190-BZ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

       The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4    This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.
6
7 Dated: May 12, 2010                THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*
8
9                                    By:_____/S/_____
                                        Thomas E. Frankovich
10                                   Attorney for CRAIG YATES and
                                     DISABILITY RIGHTS ENFORCEMENT,
11                                   EDUCATION SERVICES: HELPING YOU HELP
                                     OTHERS
12
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | Dated: __5-12__, 2010 | LAW OFFICES OF MICHAEL DIETRICK, |

By: _____/s/ Michael Dietrick_____
Michael Dietrick
Attorneys for MILTON LAWRENCE FORMAN
and BILLIE JEAN FORMAN, as CO-TRUSTEES of
the FORMAN FAMILY TRUST DATED
NOVEMBER 3, 1990 a.k.a. THAI ISSAN

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 19 May, 2010

_____/s/ Bernard Zimmerman_____
Honorable Bernard Zimmerman
Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON YATES V. THAI ISSAN, et al. Case No. 09-1190-BZ

-3-